MEMORANDUM OPINION

 

No. 04-10-00624-CR

 

Robert RACKLER,

Appellant

 

v.

 

The STATE of
Texas,

Appellee

 

From the 81st
Judicial District Court, Wilson County, Texas

Trial Court No. 04-11-202-CRW

Honorable Donna S.
Rayes, Judge Presiding

 

PER CURIAM

 

Sitting:          Karen Angelini,
Justice

                     Sandee
Bryan Marion, Justice

                     Phylis
J. Speedlin, Justice

 

Delivered and
Filed:  October 13, 2010

 

DISMISSED

 

Robert Rackler has filed
a motion to dismiss this appeal by withdrawing his notice of appeal. See Tex. R. App. P. 42.2(a). We grant the
motion and dismiss this appeal.

 

PER
CURIAM

 

Do not publish